FILED 11 AUG '26 10:40 USDC-ORP

3:26 - CV - 01448-AP

To whom this Concerns I have Settle out with the State of Oregon Department ob Administration Services on 8-3-26, I no longer need help with this Matter, We Came to a Settlement. Thank you So much for your time Judge.

Charles m Klcinski    8-3-26

**Oregon Department of Corrections - AIC Mail** 13235916 . PORTLAND OR RPDC 972
**Institution** DRCI _____ **SID**-~~#~~ ~~1525316~~

7 AUG 2026  PM 4  L

**Name** Charles m Kicinski
**Address** 3920 East ashwood Rd
**City** Matras _____ **State** OR **Zip** 97741

★ USA ★ FOREVER ★

United States District court
office of Clerk
740 United States Courthouse
1000 S.w. Third Ave Portland Oregon
97204

97204-293740

2057